UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RITA CLINTON,<br><br>*Plaintiff*,<br><br>v.<br><br>DAN BROUILLETTE, in his official capacity as Secretary of the United States Department of Energy,<br><br>*Defendant*. | No. 19-cv-01674 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion for Summary Judgment, Dkt. 9, is **GRANTED**.

It is further

**ORDERED** that the plaintiff's Motion for Leave to File Surreply, Dkt. 15, is **DENIED.**

The Clerk of Court is directed to close this case.

August 18, 2020

*(signature)*
DABNEY L. FRIEDRICH
United States District Judge